SOHO NAILS SPA, LLC, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

WD 78474

Missouri Court of Appeals,
Western District.

Filed: August 2, 2016

Luke A. Demaree and Melika T. Harris, Gladstone, MO for appellant

Andrew C. Hooper, Jefferson City, MO for respondent

Before Division Four: Alok Ahuja, P.J., Thomas H. Newton, J., and Joseph M. Ellis, S.J.[1]

## ORDER

PER CURIAM:

The Labor and Industrial Commission determined that SOHO Nails Spa LLC, a Kansas City nail salon, was the "employer" of the technicians working in the salon for purposes of the Employment Security Law, §§ 288.010–288.400, RSMo. SOHO Nails appeals, arguing that the Commission's decision was not supported by sufficient competent evidence. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).